No. 5913. RICEHILL *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 5943. AMOS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 5964. WALKER *v.* BRANTLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5969. IN RE BROWN. C. A. 3d Cir. Certiorari denied.

No. 5980. BROWN *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6001. TASSE *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 6002. SOTO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 6004. HENDERSON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 6015. DILLON *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 6031. COOPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6135. McGEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6192. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6205. BRANDOM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6213. TROTTER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.